

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
ALLISON REESE
Nevada Bar Number 13977
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: allison.reese@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAWN CONE,<br><br>Defendant. | SEALED<br>CRIMINAL INDICTMENT<br><br>Case No. 2:23-cr-143-RFB-BNW<br><br>VIOLATIONS:<br><br>18 U.S.C. § 879(a)(3) – Threats Against Secret Service Protectees<br><br>18 U.S.C. § 875(c) – Interstate Communications with a Threat to Injure |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Threats Against Secret Service Protectees)

On or about June 2, 2020, in the State and Federal District of Nevada,

**SHAWN CONE,**

defendant herein, did knowingly and willfully threaten to kill and to inflict bodily harm upon a major candidate for the office of President of the United States, all in violation of Title 18, United States Code, Section 879(a)(3).

## COUNT TWO
(Interstate Communications with a Threat to Injure)

On or about December 7, 2020, in the State and Federal district of Nevada,

**SHAWN CONE,**

defendant herein, did knowingly and willfully transmit in interstate commerce a communication to J.R., and the communication contained a threat to injure J.R., all in violation of Title 18, United States Code, Section 875(c).

## COUNT THREE
(Interstate Communications with a Threat to Injure)

On or about April 16, 2021, in the State and Federal district of Nevada,

**SHAWN CONE,**

defendant herein, did knowingly and willfully transmit in interstate commerce a communication to O.D., and the communication contained a threat to injure O.D., all in violation of Title 18, United States Code, Section 875(c).

DATED: this 8th day of August, 2023.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

JASON M. FRIERSON
United States Attorney

ALLISON REESE
Assistant United States Attorney